UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WILLIAM D. WYATT, JR.,<br>CYNTHIA MCLURE,<br>JESSICA WHALEN-BAINE, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 2:19-cv-00453-JPH-MJD |
| TERRE HAUTE POLICE DEPARTMENT,<br>RICK DECKER,<br>KEITH MOWBREY,<br>VIGO COUNTY, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

Plaintiffs William Wyatt, Cynthia Mclure, and Jessica Whalen-Bane have

filed a complaint alleging Defendants violated their constitutional rights. Dkt.

1.

The Seventh Circuit has described in detail the potential downsides for

prisoners proceeding in joint litigation with other prisoners. *See Boriboune v.*

*Berge*, 391 F.3d 852, 854-56 (7th Cir. 2004). It therefore suggested that

District Courts "alert prisoners" to these downsides "and give them an

opportunity to drop out" of the action. *Id.* at 856. The three primary

downsides are the following. First, as noted above, each Plaintiff must pay the

$350.00 filing fee. Second, each Plaintiff risks that any claim deemed

sanctionable under Fed. R. Civ. P. 11 could lead to sanctions for each Plaintiff.

Third, each Plaintiff incurs a "strike" under § 1915(g) if the action is dismissed

on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted.

However, the complaint does not specify whether Plaintiffs Mclure and Whalen-Bane are prisoners. *See* dkt. 1. It also does not provide their addresses, and mail to Plaintiff Wyatt's Miami Correctional Facility address has been returned. Dkt. 4. The Court must be able to communicate with Plaintiffs for this case to proceed.

Moreover, unless Plaintiffs are attorneys, one Plaintiff cannot speak for the others. *In re IFC Credit Corp.*, 663 F.3d 315, 318 (7th Cir. 2011) ("[I]ndividuals are permitted to litigate pro se, though not to represent other litigants."). Only Plaintiff Wyatt has signed the complaint and motion to proceed in forma pauperis. Dkt. 1, 2.

For this case to proceed therefore, each Plaintiff **SHALL FILE** by **November 8, 2019** a signed statement identifying their address, whether they are prisoners, and whether they choose to maintain this case. This case **shall be dismissed without prejudice** as to any Plaintiff who does not respond. **SO ORDERED.**

Date: 10/2/2019

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

WILLIAM D. WYATT, JR.
132564
MIAMI - CF
MIAMI CORRECTIONAL FACILITY

Inmate Mail/Parcels
3038 West 850 South
Bunker Hill, IN 46914-9810